UNITED STATES DISTRICT

DISTRICT OF NEVADA

FILED
ENTERED
COUNSEL
NOV 29 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

PARNELL COLVIN, )
RICHARD VELLA, )
)
    PLAINTIFFS, )
)
)
V. )
)
)
TOMMY WHITE AKA THOMAS WHITE, )
)
INTERNATIONAL UNION OF NORTH )
AMERICA LOCAL 872 LABORERS )
)
    DEFENDANTS, )
_____)

DEMAND FOR JURY TRIAL

2:21-cv-02109-RFB-NJK

## JURISDICTION

Comes now the plaintiffs and states this court has subject matter jurisdiction as plaintiffs claims are govern by the federal law, policies, rules and the Department Of Labor, Department of Labor Management, Department of National Labor Relations Board Etc. Which all of the agency that investigates or over see the functioning and operation of local 872 union are all federal agencies Plaintiffs filed charges against Tommy White, who is the Busniess Manager/ Secretary Treasurer and Local 872 International Laborers of North America. Plaintiffs filed charges against the local union and defendant Tommy White, with the federal agency that has oversight authority over unions.

The federal agency that investigates charges against unions is the National Labor Relations Board. As plaintiffs was waiting for the case to proceed to a hearing with a federal administrative judge the defendants decided to pull a fast one and bypass the process and file the claims plaintiffs is arguing and was pending as a result of the charges being filed. the defendants also violated the process by not following the grievance process before filing a claim in Las Vegas Justice Court.

Plaintiffs believes the proper courts to hear the claims is the federal courts. It is clear that that all laws and agencies enpowered to oversee, investigate and enforce laws and violations are all federal agencies. The defendants have wrongfully terminated plaintiffs memberships in violations of federal goverence and by the local union 872 own rules to due process by not following rules. As such the plaintiffs have suffered employment opportunities, Vacation, Pension and retirement benifits losses.

Plaintiffs legal cousre of action to hold the defendants accountable for its illegal conduct was to bring this claim and present the evidence have a verdict. Plaintiffs believe this court is the proper court to hear this lawsuit. The initiation that started this whole procees was the filing of charges against the defendants. The agency that has jurisdiction to enforce any violations is a federal agency with jursidition over plaintiffs claims and filed the charges on behalf of the plaintiffs.

The defendants are trying to have two courts hear the same issues, the defendants has history of termination members then file lawsuits to take away members hard earned pensions the union files these lawsuits in federal court. Plaintiffs seeks damages for wronful termination.

Harassment, Theats, intimidation and retaliation. Plaintiffs, is requesting monetary damages also punitive damages and any other relief the court finds to be justice. Plaintiffs believes they have met the bar to exstablish establish that it has a right to pursue its claims against the defendants in federal court and the federal court has subject matter jurisdiction over the issues to hear plaintiffs claims.

DATED THIS DAY NOVEMBER 29,2021                         PARNELL COLVIN