```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLA3078515
Cashier ID: jcailo
Transaction Date: 11/29/2021
Payer Name: Parnell Colvin III
------------------------------------
CIVIL FILING FEE- NON-PRISONER
  For: Parnell Colvin III
  Amount:        $402.00
------------------------------------
CASH
 Amt Tendered:  $402.00
------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

PLCV2109

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```