Parnell Colvin
6681 Tara Ave
Las Vegas, Nv 89146
Email: Pc681@yahoo.com
Case No: 2:21-cv-02109 ( Colvin v. White et al)
Case No: 2:22-cv-0082 ( Colvin v. Tako LLC)



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 30 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

                                                    Motion for extension of time to
                                                    Serve both defendants and file
                                                    proof of service

Dear Court,

      Comes now plaintiff Parnell Colvin who has the two above cases pending before this court. Plaintiff is requesting that the honorable court grant an extension of time to serve and file proof of service with the court. Plaintiff is making this request due to his recovery Plaintiff has suffered a life threatening case of Pneumonia Covid-19 and was hospitalized for a month with a one percent chance to survive. Plaintiff did however survive but is dealing with the effects plaintiff has to rely on oxygen and takes numerous medications and is recovering.

      Plaintiff is making this request in good faith and has every intention to litigate both cases before this court. Plaintiff would like to advise the court that the defendant Tako LLC, has a pattern of filing an answer and not serving their answers to plaintiff to have the opportunity to respond. Which in the past has made the court believe that the plaintiff did not dispute their alleged claims because no reply was filed by the plaintiff this occurred because the defendant Tako LLC filed their answer but never served a copy to the plaintiff.

      Plaintiff can provide any proof the court may request to validate his serious life threatening case of Pneumonia Covid-19. Plaintiff is requesting that the court construe his letter as a motion.

      Thanking the court in advance for its consideration of the plaintiff request.

                                                    *[signature]*
                                                    Parnell Colvin

Dated this day March 30, 2022