# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, et al.,<br>    Plaintiff(s),<br>v.<br>TOMMY WHITE, et al.,<br>    Defendant(s). | Case No. 2:21-cv-02109-RFB-NJK<br><br>**Order**<br><br>[Docket No. 4] |

Pending before the Court is Plaintiff Parnell Colvin's motion to extend the deadline to effectuate service. Docket No. 4.[1] The Court must extend the service deadline upon a showing of good cause and has discretion to extend the deadline even in the absence of good cause. *See* Fed. R. Civ. P. 4(m). Plaintiff seeks additional time to effectuate service based on recent health issues. *See* Docket No. 4 at 1. Such explanation suffices for an extension. Accordingly, the motion to extend is **GRANTED** and the deadline to effectuate service is **EXTENDED** to May 31, 2022.

IT IS SO ORDERED.

Dated: March 31, 2022

                                                  Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] As Plaintiff is proceeding without an attorney, the Court construes his filings liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1