# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, et al., <br>     Plaintiffs, <br> v. <br> TOMMY WHITE, et al., <br>     Defendants. | Case No. 2:21-cv-02109-RFB-NJK <br><br> **Order** <br><br> [Docket No. 6] |

Pending before the Court is Plaintiff Parnell Colvin's second motion to extend the deadline to effectuate service. Docket No. 6.[1] The Court must extend the service deadline upon a showing of good cause and has discretion to extend the deadline even in the absence of good cause. *See* Fed. R. Civ. P. 4(m). Plaintiff seeks additional time to effectuate service based on continued health issues. *See* Docket No. 6 at 1. For good cause shown, the motion to extend is **GRANTED** and the deadline to effectuate service is **EXTENDED** to July 3, 2022.

IT IS SO ORDERED.

Dated: June 1, 2022

                                                 Nancy J. Koppe <br>
                                                 United States Magistrate Judge

---

[1] As Plaintiff is proceeding without an attorney, the Court construes his filings liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1