1   Parnell Colvin

2   6681 Tara Ave

3   Las Vegas, Nv 89146

4   Email: PC681@YAHOO.COM

5   PH: (503) 490-6564

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         SEP 2 2 2022

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA

BY: _____ DEPUTY
```

8   Parnell Colvin, Richard Vela,                    Case No: 2:21-cv-02109

9           Plaintiffs.                              Plaintiffs Motion To Vacate

10                                                   Defendants Motion To Seal

11          V.

12

13  Tommy White, et al

14          Defendants.

15  -----------------------------------/

16

17      Comes now plaintiffs Parnell Colvin and Richard Vela, and requests the court to vacate the

18  defendants order to seal for the following reasons. Niether plaintiff Colvin or Vela, recieved any

19  motion from defendants filing and serving the plaintiffs a copy of the motion so plaintiffs would have the

20  opportunity to respond. Defendants has a history of filing motion and not serving them to plaintiffs then they

21  file a motion with the courts to get them granted and the courts are under the impression that the plaintiffs failed

22  to respond which is not the case

23

24      Plaintiff Colvin, has been dealing with defendants attorney firm Weingber, Roger & Rosenfeld  which is

25  in the state of California and the union attorney is ( David Rosenfeld ). He is not licensend to pratice law in

26  the state of nevada so his employee attorney Sean W. McDonald, has to represent the defendants who has been

27  with the firm for a few years or so not long. Plaintiff Colvin has been dealing with attorney David Rosenfeld,

28  and his ill tactics and gamemanships for over 10 years now.

1       Plaintiff Colvin, is dealing with another legal matter where defendants attorney David Rosenfeld, failed to
2   serve plaintiff. Because defendants have failed to serve plaintiffs are requesting the court to vacate the order to
3   seal and allow plaintiffs the opportunity to file an answer. Because plaintiffs were not served we have no idea
4   what the defendants alleged claims are. Plaintiffs only became aware of the motion to seal when Plaintiff Colvin
5   recieved mail from the court stating that because no answer was filed the court granted the defendants motion to
6   seal.

7
8       Plaintiffs will make sure to follow the court rules and apologize to the court for the filing of personal
9   identifying information. Plaintiffs would like the opportunity to respond to the defendants motion to seal and
10  redact personal information. Plaintiffs notes that the information was provided as public record and the
11  community has the right to know the complete history of the alledged crimes these defendants have committed
12  especially the union members these defendants were elected to serve.The court should vacate the order and give
13  time to the plaintiffs so they can file an answer to defendants motion to seal and redact personal informatiom.

14
15      Plaintiffs believe this tactic of filing motions with the court and not serving the plaintiffs is unfair and
16  under score there due process rights. Because the defendants can simply file a motion with the court and request
17  there motion be granted and if the court sees no answer was filed it appears as the plaintiffs did not oppose the
18  defendants motion. This is far from the truth and no answer was filed because no motion was served upon the
19  plaintiffs. In the interest of justice and fairness the court should vacate the order and allow plaintiffs the
20  opportunity to file an answer to defendants motion to seal.

21
22
23
24
25
26
27
28

1           In closing plaintiffs are requesting the court to vacate the order granting defendants motion to seal.

2    Plaintiffs believes they should have the right and opportunity to file an answer with the court and redact

3    personal information of the defendants.

18    Respectfully Submitted This Day 22 September 2022.

Parnell Colvin      Richard Vela