KRISTINA L. HILLMAN, Nevada Bar No. 7752
SEAN W. McDONALD, Nevada Bar No. 12817
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Road Suite 400
Las Vegas, Nevada 89120
Telephone  (702) 508-9282
Fax  (510) 337-1023
E-Mail:  khillman@unioncounsel.net
          smcdonald@unioncounsel.net
          courtnotices@unioncounsel.net

Attorneys for Defendants Laborers' International Union of North America, Local 872, Thomas White, Marco Hernandez, and Chelsy Torres

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| PARNELL COLVIN, RICHARD VELLA, | No. 2:21-cv-02109-RFB-NJK |
|---|---|
| Plaintiffs, | **INDEX OF EXHIBITS TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO VACATE MOTION TO SEAL** |
| v. | |
| TOMMY WHITE AKA THOMAS WHITE, INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872 LABORERS, | [ECF No. 35] |
| Defendants. | |

| ECF No. | Exhibit No. | Description | Pages |
|---|---|---|---|
| 35-1 | | Index of Exhibits | 3 |
| 35-2 | | Declaration of Sean W. McDonald in Support of Defendants' Response to Plaintiffs' Motion to Vacate Motion to Seal | 5 |
| 35-3 | 1 | Scans of Envelopes of Mailings | 3 |

/ / /

/ / /

Dated: October 5, 2022                           WEINBERG, ROGER & ROSENFELD
                                                 A Professional Corporation

                                                 */s/ Sean W. McDonald*
                                          By:    KRISTINA L. HILLMAN
                                                 SEAN W. McDONALD

                                                 Attorneys for Defendants Laborers' International
                                                 Union of North America, Local 872, Thomas
                                                 White, Marco Hernandez, and Chelsy Torres

152890\1307886

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Road Suite 400
Las Vegas, Nevada 89120
(702) 508-9282

2

INDEX OF EXHIBITS TO DEFS.' RESPONSE TO MOTION TO VACATE MOTION TO SEAL
Case No. 2:21-cv-02109-RFB-NJK

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

       [none]

And I hereby certify that I have mailed by the United States Postal Service, postage prepaid, the document to the following non-CM/ECF participants:

       Parnell Colvin
       6681 Tara Ave
       Las Vegas, NV  89120

       Richard Vela
       867 N Lamb Blvd Space 82
       Las Vegas, NV  89110

And I hereby certify that I have emailed the document to the following non-CM/ECF participants per consent to serve by electronic means noted below:

       Parnell Colvin – pc681@yahoo.com
       (*Per Consent for Electronic Service of Documents, ECF No. 31*)

Dated: October 5, 2022                 */s/ Megan Shea*
                                                   An Employee of Weinberg, Roger & Rosenfeld

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
3199 E. Warm Springs Road Suite 400
Las Vegas, Nevada 89120
(702) 508-9282

3
INDEX OF EXHIBITS TO DEFS.' RESPONSE TO MOTION TO VACATE MOTION TO SEAL
Case No. 2:21-cv-02109-RFB-NJK