# EXHIBIT 1—
## Scans of Envelopes of Mailings Attached to McDonald Declaration

# EXHIBIT 1—
## Scans of Envelopes of Mailings Attached to McDonald Declaration

$2.64 US POSTAGE
7 OZ FIRST-CLASS MAIL FLATS RATE
RETAIL

062S0009564975
17157317
FROM 89120

stamps
endicia
08/16/2022

**1**

## USPS FIRST CLASS MAIL®

0020

Sean W. McDonald, Esq
Weinberg, Roger & Rosenfeld
3199 E Warm Springs Rd Ste 400
Las Vegas NV 89120-3150

SHIP TO:   Sean McDonald, Esq

           ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

           Las Vegas NV 89178-8032

**RECEIVED**

AUG 19 2022

WRR-LAS (swm)

RJS MTD
Mot to Seal ECF 16
Mot to Strike ECF 16

WRR152890

WEINBERG, ROGER & ROSENFELD
A PROFESSIONAL CORPORATION
3199 E. WARM SPRINGS ROAD
SUITE 400




$000.81⁰
02 1P
0000672659  SEP 09 2022
MAILED FROM ZIP CODE 95814

RECEIVED
SEP 13 2022
WRR-LAS

Sean W. McDonald
Weinberg, Roger & Rosenfeld
3199 E. Warm Springs Road Suite 400
Las Vegas, NV 89120

8912033150 C042