KRISTINA L. HILLMAN, Nevada Bar No. 7752
SEAN W. McDONALD, Nevada Bar No. 12817
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Road Suite 400
Las Vegas, Nevada 89120
Telephone  (702) 508-9282
Fax  (510) 337-1023
E-Mail:  khillman@unioncounsel.net
          smcdonald@unioncounsel.net
          courtnotices@unioncounsel.net

Attorneys for Defendants Laborers' International
Union of North America, Local 872, Thomas White,
Marco Hernandez, and Chelsy Torres

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| PARNELL COLVIN, RICHARD VELLA,<br><br>Plaintiffs,<br><br>v.<br><br>TOMMY WHITE AKA THOMAS WHITE, INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872 LABORERS,<br><br>Defendants. | No. 2:21-cv-02109-RFB-NJK<br><br>**INDEX OF EXHIBITS TO DEFENDANTS' REPLY TO RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT**<br><br>[ECF No. 36] |
|---|---|

| ECF No. | Exhibit No. | Description | Pages |
|---|---|---|---|
| 36-1 | | Index of Exhibits | 3 |
| 36-2 | | Declaration of Sean W. McDonald in Support of Defendants' Reply to Response to Motion to Dismiss Amended Complaint | 3 |
| 36-3 | 1 | October 1, 2022 Email from Parnell Colvin | 1 |

/ / /

/ / /

1

INDEX OF EXHIBITS TO DEFS.' REPLY TO RESPONSE TO MOTION TO DISMISS AM. COMPL.
Case No. 2:21-cv-02109-RFB-NJK

| | |
|---|---|
| Dated: October 10, 2022 | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation<br><br>*/s/ Sean W. McDonald*<br>By:    KRISTINA L. HILLMAN<br>         SEAN W. McDONALD<br><br>Attorneys for Defendants Laborers' International Union of North America, Local 872, Thomas White, Marco Hernandez, and Chelsy Torres |

152890\1309013

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Road Suite 400
Las Vegas, Nevada 89120
(702) 508-9282

2

INDEX OF EXHIBITS TO DEFS.' REPLY TO RESPONSE TO MOTION TO DISMISS AM. COMPL.
Case No. 2:21-cv-02109-RFB-NJK

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

[none]

And I hereby certify that I have mailed by the United States Postal Service, postage prepaid, the document to the following non-CM/ECF participants:

> Parnell Colvin
> 6681 Tara Ave
> Las Vegas, NV  89120
>
> Richard Vela
> 867 N Lamb Blvd Space 82
> Las Vegas, NV  89110

And I hereby certify that I have emailed the document to the following non-CM/ECF participants per consent to serve by electronic means noted below:

> Parnell Colvin – pc681@yahoo.com
> (*Per Consent for Electronic Service of Documents, ECF No. 31*)

Dated: October 10, 2022        */s/ Sean W. McDonald*
                               An Employee of Weinberg, Roger & Rosenfeld

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Road Suite 400
Las Vegas, Nevada 89120
(702) 508-9282

3
INDEX OF EXHIBITS TO DEFS.' REPLY TO RESPONSE TO MOTION TO DISMISS AM. COMPL.
Case No. 2:21-cv-02109-RFB-NJK