# EXHIBIT 1—
## Oct. 1, 2022 Email from Parnell Colvin

# EXHIBIT 1—
## Oct. 1, 2022 Email from Parnell Colvin

**From:** Mike Brown
**Sent:** Saturday, October 1, 2022 8:10:12 AM
**To:** blanca_lenzi@nvd.uscourts.gov
**Cc:** Mike Brown Mike Brown; Sean W. McDonald; Kristina Hillman; Richard Vela
**Subject:** CASE (2:21-CV-02109) RESPONSE TO DEFENDANTS MOTION TO DISMISS
**Sensitivity:** Normal

---

Hello Ms. Lenzi,

       My name is Parnell Colvin, I am the plaintiff in the above titled case I am contacting you because my response to defendants motion to dismiss was due yesterday September 30,2022 as I came to the file my response at the courthouse it was an emergency taking place and no one was allowed to enter the courthouse, so I was unable to file my response. While there I called Judge Boulware, chambers and spoke with staff and explained the emergency and it had prevented me from filing my response she said the court is aware of the situation and she would take note and make note of it. She also said to email you and I can come Monday to file my response which I plan to do. Defendants attorneys are Kristina Hillman and Sean W. McDonald.

Thank you for your time have a great day.