UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>TOMMY WHITE, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-02109-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 21, 24] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of the motion to dismiss. Docket No. 21. No response was filed.[1] Also pending before the Court is a proposed discovery plan. Docket No. 24. Having considered the applicable standards, *see, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is warranted here. Accordingly, the motion to stay discovery (Docket No. 21) is **GRANTED** and the discovery plan (Docket No. 24) is **DENIED** as moot. In the event resolution of the motion to dismiss does not result in the termination of this case, the parties must file a status report or discovery plan within 14 days of the issuance of such order.

IT IS SO ORDERED.

Dated: October 17, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The underlying motion to dismiss has been fully briefed. Docket Nos. 20 (motion), 34 (response), and 36 (reply). The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).