UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, RICHARD VELLA,<br><br>Plaintiffs,<br><br>v.<br><br>TOMMY WHITE AKA THOMAS WHITE, INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872 LABORERS,<br><br>Defendants. | No. 2:21-cv-02109-RFB-NJK<br><br>**ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by the Parties' undersigned attorneys of record, that Defendants, Laborers' International Union of North America, Local 872 and Thomas White, will have up to and including January 8, 2024, within which to answer or otherwise respond to Plaintiffs' Second Amended Complaint, which was filed on December 4, 2023 (ECF No. 66).

/ / /

/ / /

/ / /

1

This is the first request for the extension of this deadline. This request is also made in good faith and not for purpose of delay. Additional time is needed for Defendants to investigate, evaluate, and respond to the claims made in Plaintiffs' Second Amended Complaint.

DATED this 15 day of December, 2023.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Steve Shevorski
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Steve Shevorski, Esq.
Nevada Bar No. 008256
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702-727-1400
Facsimile: 702-727-1401
sheri.thome@wilsonelser.com
steve.shevorski@wilsonelser.com
*Attorneys for Plaintiffs,
Parnell Colvin and Richard Vela*

DATED this 15 day of December, 2023.

WEINBERG, ROGER & ROSENFELD

By: /s/ Sean W. McDonald
Kristina L. Hillman, Esq.
Nevada Bar No. 7752
Sean W. McDonald, Esq.
Nevada Bar No. 12817
3199 E. Warm Springs Road Suite 400
Las Vegas, Nevada 89120
Telephone (702) 508-9282
Fax (510) 337-1023
khillman@unioncounsel.net
smcdonald@unioncounsel.net
nevadacourtnotices@unioncounsel.net
*Attorneys for Defendants
Laborers' International Union of North
America, Local 872, and Thomas White*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 18, 2023