Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Plaintiffs,*
*Parnell Colvin and Richard Vela*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, RICHARD VELA,<br><br>Plaintiffs,<br><br>v.<br><br>TOMMY WHITE AKA THOMAS WHITE, INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872 LABORERS,<br><br>Defendants. | Case No. 2:21-cv-02109-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND NOTICE OF DISASSOCIATION OF COUNSEL** |

The law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP hereby respectfully moves this Court for an Order removing attorney Steve Shevorski, Esq., Nevada Bar No. 8256, former email address Steve.Shevorski@wilsonelser.com along with his former assistant's email address Joyce.Radden@wilsonelser.com, from the electronic service list in this matter.

Steve Shevorski, Esq. is no longer with Wilson, Elser, Moskowitz, Edelman & Dicker LLP, which is the basis for the request to remove his name.

DATED this 20th day of December, 2024.

IT IS SO ORDERED.
Dated: January 6, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Plaintiffs,*
*Parnell Colvin and Richard Vela*

306054994v.1