Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, RICHARD VELA,<br><br>Plaintiffs,<br><br>v.<br><br>TOMMY WHITE AKA THOMAS WHITE, INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872 LABORERS,<br><br>Defendants. | Case No. 2:21-cv-02109-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

The law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP hereby respectfully moves this Court for an Order removing attorney Sheri M. Thome, Esq., Nevada Bar No. 8657, from the electronic service list in this matter.

Per the Court's Order dated March 31, 2025 (ECF No. 108), the Motion to Withdraw as Counsel of Record for Plaintiffs[1] was granted, therefore Ms. Thome is no longer counsel for Plaintiffs, which is the basis for the request to remove her name.

DATED this 2nd day of April, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119

IT IS SO ORDERED.
Dated: April 3, 2025

_____
United States Magistrate Judge

---
[1] ECF No. 94.

310787499v.1